Same case below, 404 Fed. Appx. 244.

**No. 10-10788. Bobra Powell, Jr., Petitioner v. United States.**

565 U.S. 849, 132 S. Ct. 172, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6428.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 926.

**No. 10-10789. Michael T. Potter, Petitioner v. Ohio.**

565 U.S. 849, 132 S. Ct. 172, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6059.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 128 Ohio St. 3d 234, 943 N.E.2d 534.

**No. 10-10790. Gabe Drapel, Petitioner v. United States.**

565 U.S. 849, 132 S. Ct. 172, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6004.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 418 Fed. Appx. 630.

**No. 10-10791. Arthur D. Jackson, Petitioner v. J. P. Gonzalez, et al.**

565 U.S. 849, 132 S. Ct. 172, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6165,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10792. Joaquin Lassalle-Velazquez, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 172, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6224.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10793. William Oliver, et ux., Petitioners v. Bankfirst Financial Services.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6345.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10794. William Taylor, Petitioner v. Adrian Hoke, Warden.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6009.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 704.

**No. 10-10795. Vincent Trujillo, Petitioner v. Angel Medina, Warden, et al.**

565 U.S. 850, 132 S. Ct. 173, 181 L. Ed. 2d 84, 2011 U.S. LEXIS 6102.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.